In the Matter of the Petition of JOSEPH SHAPIRO, Respondent, v. MORRIS S. SCHOENBAUM, an Attorney at Law, Appellant, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

JAMES H. KIDDER and Others, Appellants, v. RAPHAEL R. GOVIN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements; the bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

In the Matter of the Application of EMILY M. MOORE, Respondent, v. THOMAS GILLERAN, an Attorney and Counselor at Law, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

MUNNING-LOEB COMPANY, Appellant, v. GENERAL PLATERS SUPPLY COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

SAUL S. MYERS, Appellant, v. AMERICAN UNION LINE, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.; Clarke, P. J., and Laughlin, J., dissenting.

CHARLES P. DORFF, Appellant, v. ANTONIO TAYA and Others, Respondents.— Order reversed, without costs and motion granted to extent stated in order and in other respects denied, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

WILLIAM A. BARTLE, Respondent, v. WILLIAM B. SHORT, Appellant.— Order modified by directing that the original order for examination be modified by striking out the words " and all other matters within the knowledge of said defendant relevant and material to the issues raised by the answer in this action;" and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ELIZABETH H. KENNARD, Respondent, v. WILHELM P. KENNARD, Appellant.— Order of December 16, 1919, affirmed, with ten dollars costs and disbursements, and appeal from order of December 10, 1919, dismissed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.